## IN THE UNITED STATES DISTRICT COURT FOR THE
## WESTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| MEGAN NICOLE HAMMERS, | ) | |
| | ) | |
| Petitioner, | ) | |
| vs. | ) | NO.  CIV-16-0244-HE |
| | ) | |
| DEBBIE ALDRIDGE, *et al.*, | ) | |
| | ) | |
| Respondents. | ) | |

## <u>JUDGMENT</u>

In accordance with the order entered this date, the Petition for Writ of Habeas Corpus [Doc. #1] is **DENIED**.

**IT IS SO ORDERED**.

Dated this 23rd day of June, 2017.

_____

JOE HEATON
CHIEF U.S. DISTRICT JUDGE